# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| YAKIMA VALLEY COMMUNITY FOUNDATION, et al.<br>*Plaintiff*<br>v.<br>SYLVIA M BURWELL,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:15-cv-03052-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiffs' Motion for Summary Judgment, ECF No. 16, is Denied.
Defendant's Cross-Motion for Summary Judgment, ECF No. 23, is Granted.
Judgment is entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge STANLEY A. BASTIAN on a motion for Summary Judgment and Cross-Motion for Summary Judgment (ECF Nos. 16 and 23) .

Date: April 28, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*

Tonia Ramirez